JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILBER TAJTAJ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendant. | No. 2:20-CV-02576-RSWL (PDx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE  [102]<br><br>Honorable Ronald S. W. Lew<br>United States District Judge |

| | |
|---|---|
| 1 | |
| 2 | The Court has considered the Stipulation of Dismissal with Prejudice the parties |
| 3 | filed. |
| 4 | THE COURT HEREBY ORDERS that this action, CV 20-02576-RSWL (PDx), is |
| 5 | dismissed in its entirety with prejudice, with each party to bear its own costs and fees, |
| 6 | including attorney fees. |

Dated: 12/10/2021

s/ RONALD S.W. LEW
Honorable Ronald S. W. Lew
United States District Judge

Presented by,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Hillary M. Burrelle*
HILLARY M. BURRELLE
JOSEPH W. TURSI
Assistant United States Attorneys

Attorneys for Defendant United States of America